FANNIE J. MONTGOMERY, as Administratrix of the Estate of ARCHIBALD G. MONTGOMERY, Deceased, Respondent, *v.* NEW YORK CITY RAILWAY COMPANY, Defendant, and PETER J. RAFFERTY et al., as Copartners under the Firm Name of RAFFERTY BROTHERS, Appellants.

*Montgomery* v. *New York City Railway Co.*, 125 App. Div. 921, affirmed.
(Argued December 15, 1908; decided January 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 29, 1908, affirming a judgment in favor of plaintiff's intestate entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendants' negligence.

*Francis A. McClosky* and *James E. Smith* for appellants.

*Alfred S. Brown* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT VANN, WERNER, HISCOCK and CHASE, JJ.